# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Geriges Gebre
                     Plaintiff,

v.
                                       Case No.: 1:17−cv−09345
                                       Honorable Sara L. Ellis

PIL II, L.P., et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2019:

    MINUTE entry before the Honorable Sara L. Ellis: Parties having filed a stipulation of dismissal [49], the instant action is hereby dismissed with prejudice, with each party to bear its own costs and fees. All pending dates and motions, i f any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.